IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAY L. WINNINGHAM and MIKE WINNINGHAM, wife and husband,<br><br>        Plaintiff(s)<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant(s) | )<br>)<br>)<br>)<br>)<br>)  No. CIV-11-135-JHP<br>)<br>)<br>)<br>) |

**ADMINISTRATIVE CLOSING ORDER**

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action as to all claims is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(2) subject to the conditions set forth herein. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary. **This Administrative Closing Order shall mature into a final judgment pursuant to Fed.R.Civ.P. 54 and Fed.R.Civ.P. 58, if the parties fail to submit final closing papers within fifteen (15) days from the date of this order.**

Dated this 20th day of December, 2012.

James H. Payne
United States District Judge
Eastern District of Oklahoma